FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 0 9 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 24-0035 DHU |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 933(a)(1), |
| ) | 933(a)(3), and 933(b): Firearms |
| **ANTHONY STEPHEN** and ) | Trafficking Conspiracy; |
| **WHITNEY BISETTI**, ) | |
| ) | Counts 2–3: 26 U.S.C. §§ 5841, 5861(e), |
| Defendants. ) | and 5871: Transfer of a Firearm Not |
| ) | Registered with the National Firearms |
| ) | Registration and Transfer Record; 18 |
| ) | U.S.C. § 2: Aiding and Abetting. |

## INDICTMENT

The Grand Jury charges:

### Count 1

From on or about May 12, 2023, and continuing to on or about August 31, 2023, in Bernalillo County, in the District of New Mexico, the defendants, **ANTHONY STEPHEN** and **WHITNEY BISETTI**, knowingly, unlawfully, and willfully combined, conspired, confederated, agreed, and acted interdependently with one another and with others known and unknown to the Grand Jury to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to another person in and otherwise affecting interstate or foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

In violation of 18 U.S.C. §§ 933(a)(1), 933(a)(3), and 933(b).

Count 2

On or about August 9, 2023, in Bernalillo County, in the District of New Mexico, the defendants, **ANTHONY STEPHEN** and **WHITNEY BISETTI**, knowingly transferred a firearm, a rifle with a barrel length less than 16 inches and an overall length less than 26 inches, that was not registered in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5861(e), and 5871, and 18 U.S.C. § 2.

Count 3

On or about August 31, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **ANTHONY STEPHEN**, knowingly transferred a firearm, a rifle with a barrel length less than 16 inches and an overall length less than 26 inches, that was not registered in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5861(e), and 5871.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

eyr